IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY R. HOPE                                                      PLAINTIFF

v.                           No. 4:11-cv-797-DPM

PAUL MITCHELL, Mayor, City
of Alexander, and CITY OF
ALEXANDER                                     DEFENDANTS

## ORDER

The Court notes the defendants' motion to compel Hope to answer their first set of interrogatories, propounded more than ten months ago. The Court's usual protocol for handling discovery disputes requires a joint report from parties rather than motion practice. *Document No. 13, at 3.* In the present circumstances, however, the Court concludes that is not the best procedure. The Court orders Hope to respond to the motion to compel by 11 March 2013. If he fails to do so, or respond to the discovery fully by that date, the Court will consider dismissing his complaint without prejudice. It appears that Hope may have abandoned this case.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 February 2013