## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOHNNY R. HOPE**                                                    **PLAINTIFF**

v.                                      **No. 4:11-cv-797-DPM**

**PAUL MITCHELL, Mayor, City**
**of Alexander, and CITY OF**
**ALEXANDER**                                                    **DEFENDANTS**

### ORDER

The Court ordered Hope on 12 March 2013 to respond to long-pending interrogatories by 26 March 2013.   Hope was warned that failure to respond would result in the dismissal of his case. *Document No. 23.*   He has not responded; he has apparently not kept his address current, and so the March 12th Order was returned undeliverable.   Hope's complaint is therefore dismissed without prejudice. FED. R. CIV. P. 37(b)(2)(A). Defendants' motion to dismiss, *Document No. 25*, is denied as moot.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_4 April 2013_