IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY R. HOPE                                  PLAINTIFF

v.                  No. 4:11-cv-797-DPM

PAUL MITCHELL, Mayor, City
of Alexander, and CITY OF
ALEXANDER                                  DEFENDANTS

## JUDGMENT

Hope's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

4 April 2013